## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**JAMES PLONSKER,**

                **Plaintiff,**

**-vs-**                                  **Case No.  6:10-cv-1339-Orl-28GJK**

**CONTACT CENTERS OF AMERICA,
LLC,**

                **Defendant.**

_____

### ORDER

The Court issued an Order Requiring Electronic Filing, (Doc. No. 30, filed September 8, 2010), that directed the parties who were not already signed up for CM/ECF to register with the Court for a password, take the tutorials offered on the Court's website or training offered by the clerk's office and begin using CM/ECF within thirty (30) days. Hannah Lisbeth Kaplan and William K. Carter failed to respond or comply with the Court's order.

**IT IS THEREFORE ORDERED** that Hannah Lisbeth Kaplan and William K. Carter are directed to file a written response within **fourteen** days from the date of this Order why sanctions should not be imposed for their failure to comply to the Order issued by the Court.  Any Counsel not registered to receive copies electronically by November 8, 2010 will be removed from the service list.

**DONE** and **ORDERED** at Orlando, Florida, this ___2nd___ day of November, 2010.

Copies to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge