UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES PLONSKER,

    Plaintiff,

vs.                                        CASE NO. 6:10-CV-1339-ORL-28-GJK

CONTACT CENTERS OF AMERICA, LLC

    Defendants.
_____/

## NOTICE OF FILING

Defendant, CONTACT CENTERS OF AMERICA, LLC, hereby files the Response to Court's November 2, 2010 Order on behalf of Hannah Lisbeth Kaplan, Esquire and William K. Carter, Esquire.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF and sent via electronic mail this 9th day of November, 2010 to: **Travis R. Hollifield, Esquire, Hollifield Legal Centre**, 147 E. Lyman Avenue, Suite C, Winter Park, Florida 32789 and **Marshall J. Burt, Esquire**, Law Offices of Marshall J. Burt, 77 West Washington Street, Suite 1900, Chicago, IL 60602.

/s/ FRANK A. HAMNER

Frank A. Hamner, Esquire
Florida Bar No. 0059153
Law Offices of Frank A. Hamner, P.A.
1011 N. Wymore Road
Winter Park, Florida 32789
Telephone: (407) 645-4549
Facsimile: (407) 539-2257
Attorneys for Defendant
Contact Centers of America, LLA
fhamner@fahpa.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES PLONSKER,

    Plaintiff,

vs.                                          CASE NO. 6:10-CV-1339-ORL-28-GJK

CONTACT CENTERS OF AMERICA, LLC

    Defendants.

_____/

**RESPONSE TO COURT'S NOVEMBER 2, 2010 ORDER**

Hannah Lisbeth Kaplan, Esquire ("Kaplan") and William K. Carter, Esquire ("Carter") file this response to the Court's November 2, 2010 Order and respectfully request to withdraw as counsel of record for Defendant, CONTACT CENTERS OF AMERICA, LLC ("CCA"), and would state as follows:

1. The law offices of Frank A. Hamner, P.A. and Frank A. Hamner ("Hamner") have entered an appearance on behalf of CCA, as the case is now pending in Florida.

2. Neither Kaplan nor Carter will be representing CCA in this Honorable Court. They appeared solely because they were counsel for CCA when the action was originally filed in the Northern District of Illinois, Eastern Division. Upon the transfer of the action, Kaplan and Carter's representation ceased.

3. Neither Kaplan nor Carter intentionally disregarded the Court's September

1

8, 2010 Order, but rather overlooked the response in the hand off of the file to Hamner.

4. Withdrawal of counsel is appropriate because the matter is now pending in the Middle District of Florida where Hamner is admitted and his office has agreed to assume all responsibility for the matter. The client is on notice of the withdrawal and has no objection.

WHEREFORE, the undersigned counsel moves this Honorable Court to allow for withdrawal of Kaplan and Carter, remove them from the service list and for such other relief as this Court may deem appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF and sent via electronic mail this 9th day of November, 2010 to: **Travis R. Hollifield, Esquire, Hollifield Legal Centre**, 147 E. Lyman Avenue, Suite C, Winter Park, Florida 32789 and **Marshall J. Burt, Esquire**, Law Offices of Marshall J. Burt, 77 West Washington Street, Suite 1900, Chicago, IL 60602.

_____
W. Kent Carter (6242646)
Hannah L. Kaplan (6294370)
Clark Hill PLC
150 N. Michigan Avenue, Suite 2700
Chicago, Illinois 60601
(312) 985-5900
wcarter@clarkhill.com
hkaplan@clarkhill.com
Attorney for Defendant,
Contact Centers of America, LLC