IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JAMES PLONSKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-cv-1339-Orl-28GJK |
| ) | |
| CONTACT CENTERS OF AMERICA, LLC. ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S UNOPPOSED NOTICE OF WITHDRAWAL OF CLAIM FOR STATUTORY ATTORNEYS' FEES CONTAINED IN AMENDED COMPLAINT**

The plaintiff, James Plonsker, through his attorneys, hereby gives Notice that he is voluntarily withdrawing, without prejudice, his request for statutory attorneys' fees made pursuant to Florida Statute 448.08 contained in the Amended Complaint. The attorneys for the respective parties have conferred pursuant to Local Rule 3.01(g) and the Defendant, Contact Centers of America, LLC does not oppose the voluntary withdrawal of the claim for statutory attorneys' fees contained in the Amended Complaint.

    Respectfully submitted,
    JAMES PLONSKER


    By:/s/ Marshall J. Burt
        One of his attorneys

Marshall J. Burt, Esq.
Law Offices of Marshall J. Burt
Illinois Bar No. 6198381
77 West Washington Street
Suite 1900
Chicago, IL 60602
(312) 419-1999
marshall@mjburtlaw.com

Travis R. Hollifield – Local Counsel
Florida Bar No.: 0094420
147 E. Lyman Avenue – Suite C
Winter Park, Florida 32789
Telephone: (407) 599-9590
trh@trhlaw.com

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney of record for the plaintiff, do hereby certify that on November 10, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

                                      /s/ Marshall J. Burt